OPINION — AG — ** SENATE BILL NO. 291 — PROHIBITS COMMERCIAL FISHING IN LAKE WISTER — LEFLORE COUNTY ** THIS BILL IS UNCONSTITUTIONAL AND VOID AS BEING VIOLATION OF ARTICLE V, SECTION 59 OKLAHOMA CONSTITUTION. IT FOLLOWS THAT SAID ACT DOES `NOT' PROHIBIT COMMERCIAL FISHING IN LAKE WISTER OR IN ANY OTHER LAKE IN LEFLORE COUNTY. (SPECIAL LAW, RESTRICTIONS, FISHING, ADVERTISEMENT, SECRETARY OF STATE) CITE: 29 O.S. 234 [29-234], ARTICLE V, SECTION 32, ARTICLE V, SECTION 59 (JAMES P. GARRETT)